# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JUDITH CAROL DIEL, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) Case No. CIV-15-1043-F ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

Plaintiff brings this action seeking judicial review of the Social Security Administration's denial of disability insurance benefits. The Report and Recommendation of Magistrate Judge Bernard M. Jones, doc. no. 24, recommends that the Commissioner's decision be reversed and that the case be remanded for further administrative proceedings consistent with the Report. The Commissioner has filed an objection to the Report. Doc. no. 25. Plaintiff has filed a response. Doc. no. 26. All objections are reviewed *de novo*. *See*, 28 U.S.C. §636(b)(1) (court makes a *de novo* determination of those portions of the report to which objection is made).

Having carefully considered the Commissioner's objections, the court finds that it agrees with the Magistrate Judge's detailed analysis and conclusions, that no purpose would be served by setting out further analysis here, and that the Report should be adopted.

The Report and Recommendation of Magistrate Judge Jones is **ACCEPTED**, **ADOPTED** and **AFFIRMED**.  The decision of the Acting Commissioner of the Social Security Administration denying benefits is **REVERSED**. This case is **REMANDED** for further administrative proceedings consistent with the Report and Recommendation, which the court has now adopted.

IT IS SO ORDERED this 8th day of March, 2017.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-1043p002.docx